# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI L. SAHBA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 22cv1592-MSB<br><br>ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. SECTION 405(g) AND ENTRY OF JUDGMENT<br>[ECF NO. 17] |

Pursuant to the stipulation of the parties, the Joint Motion for Voluntary Remand [ECF No. 17] is **GRANTED**. It is **ORDERED** that the Commissioner's decision regarding Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be **REMANDED** to the Commissioner of Social Security for a new decision by an administrative law judge ("ALJ").

On remand, the Appeals Council will remand the case to an ALJ for a new decision, and instruct the ALJ to re-assess the medical opinions, reassess the claimant's allegations and residual functional capacity, and proceed through the sequential evaluation, obtaining expert vocational testimony, as necessary.

/ / /

22cv01592

It is **FURTHER ORDERED** that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED.**

Dated:  June 1, 2023

Honorable Michael S. Berg
United States Magistrate Judge

22cv01592