

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mari L. Sahba<br><br>**Plaintiff,**<br>V.<br>Kilolo Kijakazi, Acting Commissioner of Social Security<br><br>**Defendant.** | Civil Action No.   22-cv-01592-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Joint Motion for Voluntary Remand [ECF No. 17] is GRANTED. It is ORDERED that the Commissioner's decision regarding Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REMANDED to the Commissioner of Social Security for a new decision by an administrative law judge ("ALJ").  The final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date:    6/1/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Sotelo
                                                L. Sotelo, Deputy